UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOIRIN PLUNKETT,<br><br>　　　　Plaintiff.<br><br>v.<br><br>EUCALYPTUS SYSTEMS, INC., a corporation; and DOES 1 through 20, inclusive.<br><br>　　　　Defendant. | Case No. 3:15-cv-00186<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS the parties to this action, Plaintiff NOIRIN PLUNKETT and Defendant EUCALYPTUS SYSTEMS, INC. (collectively, "Defendants"), have fully and finally resolved all issues set forth in this case;

　　　　IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice.   Each party shall bear their own attorney's fees and costs of suit.   The Clerk shall close the file.

Dated: __08/04__, 2015

_[signature]_
Honorable Thelton E. Henderson
Judge Thelton E. Henderson

**DISMISSAL WITH PREJUDICE**